■ CRAIG WALSH et al., Appellants, v. SUNNY BAY REALTY CO., INC., et al., Respondents. SUFFOLK COUNTY FEDERAL SAVINGS AND LOAN ASSOCIATION, Plaintiff, v. CRAIG WALSH et al., Defendants.— Appeal from an order denying appellants' motion to consolidate their action against the Suffolk County Federal Savings and Loan Association and Sunny Bay Realty Co., Inc., to recover damages for breach of contract, with an action by said association against appellants and others to foreclose a mortgage. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, with leave to respondents, if so advised, to demand a jury trial in the first action. Appellants are to have the right to open and close in the consolidated action. Appellants have indicated their willingness, if the actions be consolidated, to waive the right to a jury trial of their action and to deposit into court all mortgage payments due up to the date of trial. Respondents, if so advised, may have a jury trial of the issues raised in the first action prior to the trial of the Association's equitable action. (*Presto Plastic Prods. Co.* v. *Ball & Jewell,* 281 App. Div. 742.) In our opinion, the delay of the trial for the brief period will not prejudice the association. We are further of the opinion that, under the circumstances, appellants should have the right to open and close in the consolidated action. Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ., concur.

■ ROSE WEISBROT, Appellant, v. SELECT OPERATING CORPORATION, Respondent. — In an action to recover damages for personal injuries, the appeal is (1) from an order of the Appellate Term, by permission of that court, reversing a judgment of the City Court of the City of New York, County of Kings, entered on the verdict of a jury, in favor of appellant, and dismissing the complaint, and (2) from a judgment of the City Court entered on said order. Order unanimously affirmed, with costs. No opinion. Appeal from judgment dismissed, without costs. No appeal lies from such judgment. (See Civ. Prac. Act, § 623, subd. 1.) Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.